ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGÅTÑA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiff
LOUIS VUITTON MALLETIER

**FILED**
DISTRICT COURT OF GUAM
JAN 0 6 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER, ) | CIVIL CASE NO. 03-00001 |
| Plaintiff, ) | DECLARATION OF ROSA L. RESENDEZ IN SUPPORT OF PLAINTIFF'S VERIFIED COMPLAINT AND PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, ORDER SEALING FILE AND ORDER ACCELERATING DISCOVERY |
| vs. ) | |
| JENNY DOE aka JENNY SALGADO, ) and DOES I THROUGH XX. ) | |
| Defendants. ) | |

**ROSA L. RESENDEZ**, being duly sworn, declare and states as follows:

1. I am a resident of Maite, Guam. I am employed as a receptionist/secretary at the law office of Arriola, Cowan & Arriola, located at 259 Martyr Street, Suite 201, Hagåtña, Guam. Arriola, Cowan & Arriola represents Louis Vuitton Malletier. I file this Declaration in support of Plaintiff's Verified Complaint and Plaintiff's Motion for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Order Sealing File and Order Accelerating

Discovery. I have personal knowledge of the facts contained herein. If called as a witness I could testify as to the facts contained herein.

2.    On or about November 26, 2002, I was requested by Anita P. Arriola, attorney at Arriola, Cowan & Arriola, to assist in the investigation of the sale of counterfeit Louis Vuitton merchandise. I was given the copy of an advertisement appearing in the Pacific Daily News on November 25, 2002 which read as follows:

> **Bags inspired by Louis Vuitton, Gucci, Fendi, Prada.**
> **Excellent quality. $50 and up. Call 653-5033**

A true and correct copy of the advertisement is attached hereto as Exhibit 1.

3.    We did a search of the telephone number 653-5033 on www.411.guam.net, the Guam Telephone Authority directory system on the internet, and produced information that the subscriber of the telephone number 653-5033 is a person named Jenny Salgado. A true and correct copy of the information produced from the internet search is attached hereto as Exhibit 2.

4.    On November 26, 2002 I called the telephone number in the advertisement, 653-5033. The woman who answered the telephone identified herself as "Jenny." I told her that I was calling in regards to the ad in the paper and asked if any Louis Vuitton bags or wallets were available. She said that all of the Louis Vuitton items were sold out, but she mentioned that she still had Gucci and Prada items available. I said that I was interested in a Louis Vuitton backpack and/or matching wallets. She said she had some, but they were sold out and they were being sold for $65.00, with a matching leather wallet selling for $35 to $40, depending on the style. I asked her whether they looked real? She said, "Have you gone to the Compadres Mall flea market? They look better than the ones there." She added that the interior of the bags and wallets are suede, smells "real" and has

-2-

"the logo." She also mentioned that the same ones selling on the internet and at Duty Free Shopping are $800 for the bag I mentioned and the wallets can run up to $200 or more and she sells the items "for so much cheaper, you couldn't tell the difference." I said I was very interested and asked if she can get a backpack and wallet and to let me know when a shipment was coming in. I told her that I was looking for gifts for my nieces. She said that she will let me see what they bring in and she offered that if I wanted anything in a particular design or color, to just let her know. I asked if I could still contact her at this number. She said yes and I gave her my cell number, 456-1164. She said she would call me by December 12 or 13, 2002, or if she doesn't call by the 13th, I should call her.

5. Due to Typhoon Pongsona, I did not call her back on December 12 or 13. However, another advertisement appeared in the Pacific Daily News on Sunday, December 29, 2002. The advertisement read as follows:

> **Bags inspired by Louis Vuitton,**
> **Burberrys & Polo $35-UP**
> **Great Gift! 653-5033. 686-9496**

A true and correct copy of the advertisement is attached hereto as Exhibit 3.

6. At the request of Ms. Arriola, I called the same number, 653-5033, again. There was no answer. I then received a phone call from a female asking if I had called her residence. I said yes. I stated my name and she recalled our previous telephone conversation of November 26, 2002. She identified herself again as "Jenny." She told me that a shipment had arrived just before Christmas and that she still had a good selection in Louis Vuitton products. She said she would be dropping something off in Agat and offered to stop by the Hagåtña area at 6:30 p.m. if I was interested in purchasing anything. I told her I was interested but that I had no cash on me and agreed to meet her

-3-

the next day, December 31, 2002, wherever it was convenient for her. She said that anywhere was fine since she's always on the go and has all her merchandise in the trunk of her car. She asked what I was interested in and I replied, the backpack and maybe hand-held or strap bags. She said she had one backpack left and remembered I was also looking for a wallet. I said yes, I was looking to buy a checkbook type of wallet and a cash and coin holder. I also told her I wanted to look for some gifts for three nieces. She said she would call me the next day or that I should call her if I'm free. She also gave me her cell phone number, 686-9496.

7. On December 31, 2002 I tried calling "Jenny" several times at either the 653-5033 or 686-9496 number. When I returned home that evening my children told me that a woman named "Jenny" had called. She called that evening and said that she hadn't been home and apologized if I was trying to reach her. She said she was at a party and couldn't leave but if she could she would call me later. I said it was okay and she could call me on my pager. She agreed and I also mentioned that I was available on New Year's day if she didn't have any plans and to call me. She said that she would try.

8. On January 3, 2003 I contacted Jenny by phone and we agreed to meet at the parking lot of the Plaza housing Bank of Hawaii, near National Office Supply and Micropac in Upper Tumon. At approximately 3:20 p.m. I arrived at the Plaza and parked near the side entrance of the parking lot across the Bonsai Plaza. I saw a white Honda Civic 4- door sedan in the parking lot. A woman got out of the car and I noticed the license plate number on the car as being "TAL2479," which I memorized. The woman who exited the car appeared to be of Philippine descent, about 5 feet and 3 inches, 140 lbs., dark complexion, blotchy skin, brown eyes and dark hair.

-4-

9. We greeted each other and she opened the trunk of her car. The woman identified herself as "Jenny". The items in the trunk were mostly merchandise with the "LV" logo; there were some Burberry handbags, some Gucci items and another brand I did not recognize. She showed me the "LV" bags and the wallets. I said I needed about four wallets for my nieces. I purchased two small wallets with a snap closure for $30.00 each. True and correct copies of photographs of these wallets are attached hereto as Exhibits 4 and 5. I purchased a slim flat wallet with a zipper for $40.00. A true and correct copy of a photograph of the wallet is attached hereto as Exhibit 6. I also purchased a checkbook style of wallet for $40.00. A true and correct copy of a photograph of the wallet is attached hereto as Exhibit 7.

10. I then looked at some of the purses with the "LV" logo and commented that they're much better then the ones from Compadres Mall that are from the Philippines. Jenny said hers were better; she had a customer purchase a bag from her that was a "Louis Vuitton" style backpack, her customer had initially bought the same style bag at the Compadres Mall for $160 and it was falling apart on her. Jenny bragged that the woman purchased the same style bag for $75 from her and that it's still good and the customer has referred her to other people, adding that a real Louis Vuitton bag of that style cost about $800.

11. I bought a large "LV" handbag with an "O" ring clutch for $65.00. A true and correct copy of a photograph of the handbag is attached hereto as Exhibit 8. I bought a small strap "LV" handbag for $60.00. A true and correct copy of a photograph of the handbag is attached hereto as Exhibit 9. I bought a mid-sized strap bag with the same "LV" design for $45.00. A true and correct copy of the photograph is attached hereto as Exhibit 10. I also purchased an "LV" backpack style

bag for $75.00. A true and correct copy of the photograph of the bag is attached hereto as Exhibit 11.

12. I told Jenny that friends of mine at Continental have brought bags from the Philippines and they don't look as good as the ones she was selling. She agreed. She then was looking in other bags for the felt protective bags to put them in. I mentioned that my mother-in-law bought me a bag from Thailand and it had the same type of felt protective bag and asked if they're part of packaging or for storage and is it common practice or just the area of purchase. She said all expensive bags have that type of felt bag. After totaling my sales of $385, she said "I noticed you didn't get anything for yourself", I said, "it's okay that's not my thing". She said she would add a bag of my choice to make it $400 even, so I agreed. I bought a large "LV" shoulder strap bag for $15.00. A true and correct copy of the photograph is attached hereto as Exhibit 12. I gave her $400 for all of the items I bought. A true and correct copy of a photograph of all of the "LV" items I bought is attached hereto as Exhibit 13.

13. I then took a good look at all of the merchandise in Jenny's trunk. I asked the price for a Louis Vuitton luggage roll-away style and size with the same logo as the others, she said $260 and I then proceeded to ask her about the other bags she had that were further back in the trunk. She had two leather bags one mid- and one large-sized, she called them Epi Leather with the "LV" logo at the bottom corner that seemed engraved or embedded. She also had a hand-held bag large-sized with the "LV" checkered logo. In addition there were six small wallets and two hand-held bags (shaped like a doctors' bag), one mid- and one large-sized in the "LV" motif leather design. She then had me look at her opening the bags and wallets to make sure the inside and exteriors were okay and then proceeded to tell me that she just wanted to make sure things were okay to avoid exchanges or defects. We said our goodbyes and she said if I needed anything to call her she should have a

-6-

shipment coming in the middle of the month. After she left I wrote down the inventory immediately so not to forget, as well as her description and the license plates of the car she drove.

14. I gave all of the items I purchased from Jenny to Anita P. Arriola of Arriola, Cowan & Arriola.

I declare under penalty of perjury under the laws of the United States and the laws of Guam that the foregoing is true and correct.

Dated: Jan. 6, 2003

**ROSA L. RESENDEZ**

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

# HOME DELIVERY

Subscribe Today and Save 34% OFF The News Stand Price

Call Today! 472-1PDN

**$10 A DAY** — Free Pick up and Drop-Off *Prices start at...

Guam's Original $25 a day RENT-A-CAR
CARS UNLIMITED — Cars • Vans • Limo
Guam 646-7261 Saipan (670)288-7261

Call 477-9111 ext. 203 FOR ADVERTISING OPPORTUNITIES

Pika — A GUIDE TO SPICE UP YOUR LIFE

## TODAY'S REALTY

### Join Our Team!
### Office Assistant

The best service... all the time!™

First... you must be ready to work along with Guam's best employees... the greatest real estate agents & brokers in the western Pacific... and... the most loved customers and clients in the world!

You must be neat, organized, on-time, have your own transportation. Your duties will include assisting our remarkable staff with delivery of documents, light typing, clerical work, filing and other duties as assigned.

---

## PETS

PITBULL PUPPIES 12 WEEKS SERIOUS INQUIRES ONLY $300EA. CALL 632-3972

Small CHIHUAHUA Puppies (2) Various Colors $400 Call: 472-6695

SUN CONURE w/Extra Large Cage to Loving Home Only $500. SOLD SOLD SOLD

## OUTDOOR RECREATION

ABDA Pitbull Puppies, 5Female / 4Male. 6wks Old 482-0518

Aries 750GT Scuba diving Comptr Like new all books & warranty card Included $500 632-2162/777-2162

## PEST CONTROL

## MISCELLANEOUS

20'/40' CONTAINER FOR SALE CALL 479-1111 OR 687-8584

## COMPUTERS

APPLE IBOOK, LIFE JACKETS, FREEZER PANELS 477-0556 / 727-8862

IBM 560 Labtop Win98,Excel, Msword,Great for Students $500 788-8066

## HOUSEHOLD

6pc Queen sz Solid Wood b-room set $1k Table w/4 wood chrs $150 Baby Swing $50 734-0977

Aircon 9,000 btu Toshiba $175; 1 single bed mattress & frame $75; all good condition Call 788-5554

Frigidaire WASHER & DRYER Like New Heavy Duty Xtra large capacity $500 lv msg 477-7107

KSZE BD,WHITE CABINET,SIDE TBLE,AND MISC ITEMS. 653-4024

Leaving Island large futon bed $200, motorized treadmill $250, couch w/bed $200. Call 647-2697

REF $150, AC $100, WASHER $200 ALL GOOD COND CALL 653-6160/633-6146

WATER BED W/BASE, SUPER SINGLE WAVE CONTROL $200 OBO CALL 828-6444

## YARD SALE

Big Sale decor., clothes, toys, linens, hsehld & many more, 7-1pm Sat-Mon Call 477-1962

Lvg lst-furn,pnts,trees,tools decor., hsehld,Nov 5(23),S(24) M(25)7a-12p Anonas Ln.Mang 734-0735

## MACHINERY

200 KW Generator, Pallet Racks & More 477-0556 or 727-8862

## LIVESTOCK

Gamecocks/Hens/Stags for sale All Must Go Call 632-6828 For Directions. Leave Message

## PETS

AKC ROTT 1Male 3yrs & 1Female 2yrs w/papers complete shots $1,000 Tel # 632-4544



---

## MISCELLANEOUS

Amps 4 Channels,400W,Chrome Finish Spkrs (For Car) All under $100 Mark 477-7177/ 456-1312

Aquarium 5ft $100,Sta Bd $75,2pc Couch w/tbls $200, Vase$75ea. Rclnr $50,Bar Stool $20e, Mcrowve Oven $75,etc..788-3160

AUTO SEAT COVERS, leather, custom fit front&rear 4 Toy,Nissan, Honda, Ford, Mitts., $159/set.•Tire cover hard case $299 632-2219

AWESOME BRAND NEW DVD's, $8. FREE DEMO with purchase Call: 565-6442/721-0875

Bags inspired by Louis Vuitton, Gucci, Fendi, Prada. Excellent quality. $50 and up. Call 653-5033

CANOPIES a choice of sizes/ styles 632-TARP (8277)

Canopies 10x10 $95; 10x20 $140; 20x30 $185; 20x30 $275, 20x40 20x20 $350 CALL 688-3442

Canopy Tarps 10x20 $20;20x20 $35, 20x40 $66; 20x30 $50 1" pipes $5.50 Call 565-1512

CASH REGISTER with scanner, printer & box of register tape $150/ea $200/both 653-4233

Comp Desk and Chair, $70, Wom-ens clthng&shoes, chldms shoes & clthng,Girls blke 20" $30 564-2317

CROSSFIRE D-class Car Audio AMPLIFIER 1,000 watts SLAMIN' Condition $400obo 635-1683

LLAMA •45ACP, GAMECUBE W/5 GAMES CTRL, MCARD $250EACH OBO CALL 637-2909

Motorola MTX 800/Classic radios GOOD CONDITION 12units $1550 TAKES ALL 687-2229

Nintendo 64 ,No Sound, 5 Games $75; 16" Bike $25; 20" Bike $35 Call 789-5635

Office desks chairs white board bookcases+more. Must Move by 11/30.Cheap.Prices 477-8805 Guy

Santa Clause Suit Pro $250, Tommy Armor Golf Set $300 Tel:789-0039

SnapOn Big top/bottom teal toolbx

---

## AUTOMOTIVE

Toyota Camry '97 XLE V6, loaded, leather int., like new. $10K OBO *SOLD*SOLD*SOLD*

Toyota Corolla '87 2dr, A/T, Ice Cold A/C, Runs Great, Reg. 'til 10/03, $1600 OBO 637-5911

TOYOTA COROLLA '94 4DR, AUTO, A/C, 68K MILES, GOOD COND $3,500 CALL 646-7963

TOYOTA COROLLA '96 AUTO, A/C, 4DR, RUNS GOOD $4,500 CALL 720-7396

TOYOTA COROLLA 97 AUTO AC RUNS GOOD 57K MILES $5,700 • 687-4956

Toyota Hilux P/up 92 4x4 V6 SR5 X-CAB BEDLINER AC 5SPD $6500 637-3549/635-7146

Toyota Tacoma '98 5spd. a/c, LOOKS NEW, 40k miles, SOLD SOLD SOLD

Toyota Tundra 00 Limited X-Cab Fully loaded Xlnt Cond. $21,500 obo 734-8735/688-7768/734-7200

VW Cabriolet '89 convertible, black, std., good cóndition $2800 OBO Call 789-0197

ALUMINUM SPOILER $275 AUTO METER GAUGE $130 W/POD. CALL 476-3873

SET OF 4 PIRELLI 235x45-ZR17. 75% Tread Remaining SOLD SOLD SOLD

TOYOTA 4RUNNER 84 For Parts •MAKE OFFER Jesse 689-4335•789-7285•476-7131

1986 DODGE VAN, V8 318 2BARREL CARB, FOR PARTS, $800 632-1485/PAGE 721-6126

WAAG Grill Guard 12270 $400 Manik Tail Guard 677059 $50 for Mitsu Montero 98-00, Valley Hitch 81110 $75(95-00I), Pioneer PDR 509 CD/RW $250 Call 653-4609

## AUTO PARTS

17" CHROME BBS RIMS WITH MICHELIN PILOT 215/40ZR TIRES $1,200 Call 734-5565

## MOTORCYCLES

HARLEY DAVIDSON 1995 SPORTSTER 883

---

## AUTOMOTIVE

HONDA 96 CIVIC DX AT AC 4DR NICE BODY CLEAN $5300 CALL 637-5176/721-5391

Honda Civic '00 4dr, A/C, Auto, CD Very Good Cond. $14,000 472-2602/787-3485/637-3509

Honda Civic '96 4dr Sedan,AC, Gold Good Cond.$6600 obo 632-8789 Lve Msg call after 5pm

Chili J30t '93 1owner, good solid, super stereo, auto, a/c, 200 Call 649-2917/777-8016

JEEP '96 GRAND CHEROKEE A/C, A/T, LEATHER INT. $11,800 MAKE OFFER CALL 646-3575

Jeep Cherokee 1995 Ac, AT, 4x4, 65K MI, very clean & reliable $8900 OBO Call 565-2216

JEEP CHEROKEE '95 4X4 AUTO AC $6,800 FIRM CALL. 472-9865

Jeep Wrangler '90 White 5spd.4 Cyl.SoftTop.Am/Fm/CD $5500obo call. 648-1489

Mazda Protege '99 5spd. a/c radio/cass, new tires, xlnt running warranty, spoil-4.5k. 653-8414

MAZDA '91 2600 P-UP STD. 5spd,69Kmi,AC A/C, CAB PLUS $2900 MAKE OFFER CALL 646-3575/7

Mazda 93 MX3 AT/AC Clean Int. Batt Belt Well 2575/721-0429 $3600 OBO SOLD SOLD SOLD

MAZDA MIATA '90 BLACK, 5SPD, A/C, CD, XLNT COND, $3200 OBO CALL 689-4028

2000 GS, dark suntroof, cd, p/w appreciate 31/ 635-1673

SL Classic '89 MERCEDES 300SE '92 LOADED XLNT COND, 31K MILES, CALL 653-2970

SE '93 auto, a/c, pwr window, $4200 Call 633-2258/632-0723

EXHIBIT 1



Search: 653-5033   All   Search

Salgado Jenny Belle A
653-5033
149 Ponderosa
Yigo

© 2001 Kuentos Communications http://www.guam.net



EXHIBIT 2

# 2002 classified news

PACIFIC SUNDAY NEWS, December 29, 2002

Fax. 472-4641

Visit us on line at: www.guampdn.com • Submit your ad • Browse the classifieds

## GENERAL INFORMATION

**FOR YOUR CUSTOMER SERVICE NEEDS:**
Please call Gladys, Jason or Sharon.

**CUSTOMER SERVICE OPERATION HOURS:**
Monday through Friday 6:30am - 5pm • Saturday 6:30am - 11am
• Sunday 5:30am - 11:30am calls only!

**LOBBY HOURS:**
Monday thru Friday 8:00am-6:00pm • Saturday 8:00am-11am
• Sunday Closed

### THE SUPER DEALS
3 Lines, 7 Days $12.00
*Personal Items below $500 value.

### PRIVATE PARTY PLEASERS
3 Lines, 7 Days $17.00
*Items between $501 to $2499.
3 Lines, 7 Days $32.00
*Items above $2500 value.

### YARD SALE
3 Lines, 3 Days $12.00
*$5 additional line

### WHEEL DEALS
3 Lines, 7 Days $31.55
3 Lines, 7 Days $36.50
*Includes 2 days w/photo

### REAL ESTATE RATES
Open Rate $8.25
4-6 Consecutive Days $7.10
7-9 Consecutive Days $7.00
10 or More Consecutive Days $6.80

BOLD per line/per day for just $1.00
ADD A BORDER for just $5.00 per day.
*Packages are based on consecutive days. ** Some restrictions apply

**GUARANTEED PRIVATE PARTY PLEASERS!** If you don't sell your item(s) in 7 days, we will run it again for 1/2 price.

### CHECK YOUR ADS

Please check your ads for errors on the first day it runs in the paper so we can make corrections before deadline. Call our Customer Service Dept. from 8am-5pm Monday-Friday. We are unable to issue credit for errors reported after the first day of publication. CANCELLATIONS do not merit a refund. Ads are canceled to assist customers from receiving additional calls once the item is sold, rented, etc. Cancellations CAN NOT be made on Saturday and Sundays. REFUNDS are made only if cancellations is received by 6pm Monday through Friday, prior to the first day of publication. ONCE AN AD HAS APPEARED, NO REFUND WILL BE MADE.
All advertising in the Pacific Sunday News is subject to the applicable rate card, copies of which are available from our Advertising Department. All ads are subject to approval before publication. We reserve the right to edit, refuse, reject or cancel any ad at any time. We shall not be liable for any loss or expense that results from publication (whether published correctly or not) or omission of an advertisement.





Sell your unwanted items by placing a classified ad at a special rate of $3.00 per 3 lines for 3 days, between Dec. 22 and Jan. 15, 2003. All items must be priced at under $200.00. Call 472-1PDN (1736), e-mail classifieds@guampdn.com, or visit a customer service counter at the Pacific Daily News.

*restrictions may apply

CALL 472-1PDN



EXHIBIT 3

## ANNOUNCEMENTS

IN ACCORDANCE with the provision of Government Code of Guam, Title XXVI, Chapter II, Section 25210, notice is hereby given that: MRK Corporation dba: 'N the zone billiards has applied for a class four (4) general on sale liquor license said premises being marked as Lot: 2145-R1 & R2 Compadres Mall Harmon Guam.

## LOST & FOUND

FOUND Black Mix Dog In Ordot..Pls descibe collar & Leash. Call 688-8432

Grey house Cat Lost on Christmas Day in Dededo near Salisbury Rd Computer Chip I.D. 633-8674

REWARD $300 for Bag of Circular Barrel Lock Keys. Lost between Da' Ranch in Harmon & Bombers in Yigo Call 734-6746

## CHILD CARE

Bambini Day School Montessori Education Quality Care 2-10 yrs full/half Day Care 649-2636

EDU's Fun Learning Center•Pre-School,Kinder Prep & After School Programs•Upper Tumon 646-6060 Call Elaine for "CREATIVE" Rates

Japanese Language School $70 a month Liberal Academy Inc. in Fujita Hotel Call:649-9453/456-3855

## INSTRUCTION

SAFE START DRIVER'S ED. CLASSES $150 CALL 734-6214

## EMPLOYMENT

AR Accountant Pos.Req. 2 or mre yrs in Acctg or related fields.Applicant•responsible for collections, cash posting,& custmr Inquires. Previous exp in billing helpful must be familliiar in excl &wrd Apply in Person@ GuamDry Cleaners Inc. Harmon Industrial Park 727-7887

•ATTORNEY-Full-time 4+years experience in civil/government law. Guam bar admitted. Email resume with minimum salary requirements to iaguigui@aya.yale.edu

Dancers/Gentlemens Club $$$$
- Round Trip Tickets 476-3190

Executive Assistant Call:649-9000 ext 1906

FT/PT REGISTERED NURSE FT/PT LPN/LVN Guam Dialysis Center,Inc call April @ 475-3600 or June @ 646-3516 Confidential Fax # 477-3547

RGIS Inventory Specialists, the largest leader in providing inventory services to Guam & Saipan, is hiring for 2003. (Ten key experience helpful, but not necessary). Will train. Applications will be accepted on Thu., Jan. 2, from 5pm to 6pm at the Royal Orchid Hotel. Detailed information will be discussed prior to group interview. Equal Opportunity Employer Call: 720-1018

Wanted•Carpenter,Mason,&Painter A.Cayanan Const.477-4160

## TRAVEL

FLY FOR LESS VIA MANILA! CONTACT: mrticket@info.com.ph OR CALL: 646-2634

## BUSINESS SERVICE

MERFALEN Pumping Service $95 a load 734-3888 / 734-7680

Quality Construction Services For Free Estimates,Call 727-7868

## FOR SALE RESIDENTIAL

Tamuning 4br 3ba Hse 1600+sf 3car carprt,cnr lot,$154K BP A Godwin. Todays 687-6006 Sandy

## FOR RENT COMMERCIAL

Tamuning 5500sq.ft.Concrete, a/c Warehouse 687-1555/687-1039

## FOR RENT RESIDENTIAL

Ag. Hts,Ded,Mang,Maite 1br $400 2-3br 734-4832/632-9093/5263

Agana Heights Apt. 2bd 2ba nr. Elem School $600/m 647-0888/720-2755 PB Ellen

Agana Hgts 2br 1ba apt view ac clean wtr $600 sec8 ok 789-1520

Agat 2br.Tam Perla's Court 3br Luz 565-5087/647-0123 ext 118

Alupang Cove Condo 2br2ba 1st fl marble flr Includes power,wtr & cbl 24hr sec $1300 649-8084/8804

Barr 3br 3ba concrete hse close to Carbullido school 637-8634

Barr Heights Lower 2br 1ba 4plex Big Yard $900.w/pwr&wtr New RenovationSec8ok 649-8084/8804

Barr Hts lower 1br 1ba big kitchn yard typ shitrs fnce $800 incl.pwr & wtr sec 8-ok 649-8084/8804

Chalan Pago/Piti/Yigo/Agana 2&3br, studio, 727-5063/477-2321

Chamorro Gardens 2bd 1ba a/c,pool,playgrd,free cbl&wtr $625 w/$350 rebate 477-1361

Ded Lig.Terr. 2br 1ba ac ref stv fncd util $700 637-3061+688-6909

Dededo-nr. Micro Mall 3br/2ba s/t, $1000 sec8ok Call: 635-1229

HARMON APARTMENT 2BR $475 3BR $575 646-0516/649-4262

HARMON APARTMENT 2BR $475 3BR $575 CALL: 646-0516/649-4262

MAITE 2br 2ba ref, stv, ac, pool, utilities not included 477-5943

Mangilao Apt 1br AC, Appl. Clean Wtr $395/mo 789-1520

Mangilao Very LARGE & CLEAN 2br 1ba NO SECURITY DEP. Sec 8 ok 687-1665/647-7326

TAM Nice Quiet 1br&Studio ref ac stv cbl 647-8369/689-4009 lv msg

Tamuning 2br 1ba next to Cost-U-Less & GPO $650 incl. cable Sec 8 ok 649-8084/8804

Tum-Tum View PH I 2br/1ba bsc cable, stv, ref, $750/mo A. Godwin, PB Today's 649-4361

Tumon 3bd/2ba View, F/F, incl. Cable, New Central A/C & W/D $1250 Call:637-7165/688-0887

TumonCondo 3br3ba hse,c-ac,wsr dryr,view,clean $1100/m 687-4340

YigStdo $475w/util/4br.Harmn1bd $500 & 3bd Sec8ok 653-2362

Liguan Terr. 7br 2ba acr/Mall ; 3br 2ba near Alte Golf 632-2746

## ROOMMATES

Tam: Perezville hse to share F/F single pref./honest & responsible w/utilities $450 649-3735

## AUTOMOTIVE

Acura Integra '96 4Dr, STD, CD, Cold AC,Coilovers,Good Condition $8,500obo 688-2807•472-8337

Acura Integra RS '97 4dr, A/C, A/T, PWR Pkg., CD, xclnt cond. 1st owner $8,300 Call:720-7396

BMW 318is 97 Sunrf,Lthr, CD, AC,AT,XInt $18,500obo Lvg island MUST SELL 565-2016/686-2823

Honda 89 Prelude Si 2dr,AUTO SAHARA BEIGE, TAN LTHR Only 8k miles $26k 688-4616

Buick Roadmaster 95 Auto AC power wndw & locks Nice body Runs Great $4,500 632-3319

Dodge Dakota Sport x-cab '98 , V6, Std, A/C, New Tires, 10k Firm Call: 646-5288

Ford '88 Mustang GT 5.0 Std. cd player, a/c, $3,000 OBO SOLD SOLD SOLD

FORD AEROSTAR 88 a/t pass van 1 Ownr 68kmi Nce Inside runs SOLD SOLD SOLD

HONDA 96 CIVIC DX AT AC 4DR NICE BODY CLEAN $4,500 CALL 637-5176/721-5391

Hyundai Rocky '92 STD, Good Condition $3000 obo 687-4664 / 789-4664

JEEP WRANGLER '97 4X4, A/C, AUTO, CD, CLEAN, $9850 CALL 482-4219/787-6716

Mercedes Benz 190e 1987 Auto AC power windows & locks 4cyl $4,600 647-3225

MERCEDES BENZ 500 1980 AUTO AC POWER LOCK & WINDOWS $2,500 647-3225

Mitsu 3000GT 97 AT AC, Custom Stereo,Lthr,xInt $10,500 obo Lvg isInd must sell 565-2016/686-2823

Nissan Maxima '94 auto, cold a/c, sunroof, power pkg, V6 eng., runs great, nice $4300 637-2629

Nissan Quest Van XE '94 Auto,AC Pwr Window.New Tire,Nice. Runs Good $5800 734-9034/686-6475

NISSAN SENTRA 96 4DR AUTO AC NEW TIRES AM/FM CASS $4,500 •632-3319

Nissan Sentra GXL '95 4dr,Auto, $3200. Runs Good,Newly Painted call 647-8369 / 689-4009

Toy Camry 91 V4 AC Auto Needs repairs but Good Engine & Body $1,000 Bob 734-3346 735-2089

Toyota Corolla '94 4dr, auto, a/c, pwr pkg, leaving island, runs great $4K OBO Call 686-1055/4814

Toyota Paseo '96 2dr Sports Coupe A/T, A/C, 58k miles, good cond, like new, $5200 646-4347

Toyota Siena CE 2000 16k miles Excellent cond $16K Call 646-1290/777-4025 Murata

## AUTO PARTS

New Car Equalizer w/amp 80watt $35 •New Car amp Pioneer 140+ 140w $150 •637-5176•721-5391

## WANTED TO BUY

RECUMBENT FOR 5ft 6in RIDER Call Darryl on pager 721-5774

## MUSICAL INSTRUMENTS

Own the GUITAR of your dreams CherrySunburst RICKENBACKER $700 XLNT Cond. Jeff 687-0551

## MISCELLANEOUS

45ft Ocean Storage Container aluminum GOOD CONDITION $3,000 649-0080

4k New Generator, 20ft & 40ft Container Blw $2000, Cat 200kv Rental or sale•888-5001

500 gal. Water Storage Tank GREAT for Low or No Water Pressure $550 CALL 649-0080

Bags inspired by Louis Vuitton, Burberrys & Polo $35-UP Great Gift! 653-5033•686-9496

Canopies 10x10 $90; 10x20 $125; 20x20 $170; 20x30 $200; 20x40 $310 1"pipe $4.50 CALL 688-3442

Motorola Startac 7860 10 units GOOD CONDITION 12units $1650 ALL 687-2229

## MISCELLANEOUS

NEW YEARS TOYS Wholesale/ Retail Sparklers, bird bombs, shooting stars,etc. Tolan477-8191

20' Converted Steel Container Living quarters, paneling, insulated, vinyl floor, water, electric, chest freezer, ref, a/c, utility sink, lock storage, two windows only 6 months old $6,000 OBO Call Jim @ 687-8048

20'/40' CONTAINER FOR SALE CALL 479-1111 OR 888-3553

4K GENERATOR $900 OBO CALL: 482-0518

## COMPUTERS

New Color PDA Sony Clie 16 to 128MB Lcase screen pro 1000+ software wranty $300 637-7076

## HOUSEHOLD

Dining set6chair,Queen bed frame w/2 side dressers, Desk w/matching file cabinet 637-5070/721-5071

## ELECTRONICS

BRAND NEW INVERTERS $175 Runs printer vcr computer tv lights 350 watts 734-2762•476-0059

800 Watt Peak Power Inverter Runs 19" TV, VCR, Fan,Brand New. $199 Call 637-8851

## YARD SALE

Leaving Island Sale 12/28 & 29 clothes, furn, plants, nsehld items 162 Oceanview Dr. Nimitz Hill

Lvng Isind Sale Sat/Sun 8a - Noon Across Winchell's ,Mangilao.Look for Signs.Everything Must Go.

Yard Sale #118 Consolation Dr. Ded Nr. Mayor's Office 8a-2p Lot's of Stuff 632-3806

## MACHINERY

12K Yamaha Generator Brand New Only 60hrs used,Exel Cond, Elec.Start $4800 obo 472-1526

5.5k GASOLINE GENERATOR FOR SALE. $1600 obo. Call 689-5326 after 6pm

5500K Generator-Less Than 2mo. Excellent Condition $1200 OBO Call 647-4481

Brand New 10kw GENERATOR GENERAC ELECTRIC start $3,500 688-2007

BRAND NEW 6K GENERATOR SOLD SOLD SOLD

Coleman 3.5K Brand New Generator $650 OBO SOLD SOLD SOLD

COLEMAN 5K GENERATOR BRAND NEW $1600 each firm Call 688-9806

Coleman 5KW Generator with 6250KW Surge.Brand New. SOLD SOLD SOLD

Denyo 3-ph 20kw & 25kw gen. New, Arrive January 5th, Dave @ 888-0103 Best Offer

Gen. Honda 9,000kva Brand New Tested, all cables ready for hook up List $4K+ Sell $2,700 653-0511

GENERATOR 4,400W Homelite BRAND NEW $1,000 Call: 678-2043

Generator brand new 5kw w/6.2kw surge,11HP Subaru gas eng. 6.5 gal tank, wheels $1,350 687-2229

GENERATORS 5K Generac, OHV Engine,5gal.Tank,Wheel Kit, New In Box $1350 456-3087

HOMELITE GENERATOR 5KW 90hrs Used. Asking $900 obo




EXHIBIT 4
































EXHIBIT 12



