ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiff
LOUIS VUITTON MALLETIER

**FILED**
DISTRICT COURT OF GUAM
JAN 0 7 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>  Plaintiff,<br><br>vs.<br><br>JENNY DOE aka JENNY SALGADO,<br>and DOES I THROUGH XX.<br><br>  Defendants. | CIVIL CASE NO. 03-00001<br><br>**ERRATA TO VERIFIED COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADEMARK COUNTERFEITING, FALSE DESIGNATION OF ORIGIN, PERMANENT INJUNCTION, AND DAMAGES** |

Plaintiff Louis Vuitton Malletier submits this Errata to its Verified Petition, which was filed on January 6, 2003. Plaintiff is the owner of trademarks consisting of, among others, the words LOUIS VUITTON and a distinctive "LV" monogram logo trademark. LOUIS VUITTON's trademarks were entered on the Principal Trademark Register of the United States Patent and Trademark Office as Registered Trademark Nos. 297,594, 1,519,828, 1,770,331, 1,794,905, 1,938,808, 1,990,760, 2,263,903, 2,378,388, respectively. True, certified copies of these registrations belonging or licensed to plaintiff LOUIS VUITTON were annexed to plaintiff's Verified Petition as Exhibits A through H. In its Verified Petition, plaintiff neglected to request,

-1-

ORIGINAL

and makes this request now, that the Court take judicial notice of a prior case filed by plaintiff in this Court, <u>Louis Vuitton Malletier, et al. v. Suzie H.C. Yim, et al.</u>, CV00-00069, in which the same true, certified copies of these registrations were also filed as Exhibits annexed to the Petition in that case.

Respectfully submitted this 7th day of January, 2003.

ARRIOLA, COWAN & ARRIOLA
Counsel for Plaintiff LOUIS VUITTON
MALLETIER

BY: *[signature]*
**ANITA P. ARRIOLA**