ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiff
LOUIS VUITTON MALLETIER

FILED
DISTRICT COURT OF GUAM
JAN 1 0 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER, <br><br> Plaintiff, <br><br> vs. <br><br> JENNY DOE aka JENNY SALGADO, CAROL A. SALGADO and DOES I THROUGH XX. <br><br> Defendants. | CIVIL CASE NO. 03-00001 <br><br> **DECLARATION OF ANITA P. ARRIOLA IN SUPPORT OF TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, ORDER SEALING FILE AND ORDER ACCELERATING DISCOVERY AGAINST DEFENDANT CAROL A. SALGADO** |

I, **ANITA P. ARRIOLA**, being duly sworn, declare and state as follows:

1. I am an attorney of record for plaintiff Louis Vuitton Malletier in the above-captioned case. I make this declaration in support of the issuance of an Ex Parte Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Order Sealing File and Order Accelerating Discovery against defendant Carol A. Salgado. I have personal knowledge of the facts contained herein.

2. On January 8, 2003, this Court issued a Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Order Sealing File and Order Accelerating

-1-

Discovery against defendant Jenny Doe aka Jenny Salgado. The next day I arranged with the U.S. Marshal's Service to serve all of the documents in this case on defendant Jenny Salgado and to seize all items listed in the Order at the home of Jenny Salgado at #149 Ponderosa Street, Yigo, Guam and from her car.

3. On January 10, 2003, I accompanied several U.S. marshals to #149 Ponderosa Street, Yigo, Guam and assisted in the inventory of items seized at that location and from Jenny Salgado's automobile.

4. At the home of Jenny Salgado, the U.S. marshals seized and placed into my custody as substitute custodian about 30 counterfeit Louis Vuitton items, including handbags, a carry-on suitcase and wallets. The U.S. marshals also seized books and records containing the sale of counterfeit Louis Vuitton items to numerous individuals, including the prices paid by these individuals and the profits received by Jenny Salgado. In addition, the U.S. marshals seized certain receipts and records showing that the counterfeit Louis Vuitton items seized from the home were purchased in the Philippines.

5. During the course of my inventorying the items in the house, Ms. Salgado stated that her mother Carol Salgado was an employee at Continental Airlines and that Carol A. Salgado had brought in the counterfeit Louis Vuitton items seized from her home from the Philippines.

6. I have today filed a First Amended Verified Complaint adding Carol A. Salgado as a defendant in this case. Based on the information obtained by defendant Jenny Salgado, I request that the Court issue a Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Order Sealing File and Order Accelerating Discovery to Carol A. Salgado. The same facts, circumstances and caselaw apply to the issuance of a Temporary Restraining Order

and other orders against Carol A. Salgado and I incorporate by reference herein the Memorandum of Points and Authorities in Support of the Temporary Restraining Order, plaintiff's Ex Parte Application for the Order, the Declaration of Rosa L. Resendez in Support of the Order and the Declaration of Hyon Jong Kim and my declaration all previously filed on this matter on January 6, 2003.

7. I researched the name "Carol A. Salgado" on the Guam Telephone Directory on the internet and discovered that the address given for Carol A. Salgado is 278 Amantes St., Dededo, Guam. A true and correct copy of the listing for her name, number and address is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States and the territory of Guam and the United States that the foregoing is true and correct.

Executed this 10th day of January, 2003 in Hagatna, Guam.

_____
ANITA P. ARRIOLA

-3-

Case 1:03-cv-00001   Document 11   Filed 01/10/2003   Page 3 of 4

# 411.guam.net

hosted by KUENTOS www.guam.net

GTA Info   Kuentos   Home   **Search**

[carol salgado]  [All ▼]  [Search]

Salgado Carol A
632-7624
287 Amantes St Dededo

© 2001 Kuentos Communications http://www.guam.net

EXHIBIT A