ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiff
LOUIS VUITTON MALLETIER


FILED
DISTRICT COURT OF GUAM
JAN 2 2 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER, <br><br> Plaintiff, <br><br> vs. <br><br> JENNY DOE aka JENNY SALGADO, and DOES I THROUGH XX. <br><br> Defendants. | CIVIL CASE NO. 03-00001 <br><br> **STIPULATION AND ORDER EXTENDING TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, ORDER SEALING FILE AND ORDER ACCELERATING DISCOVERY AND FOR FURTHER HEARING ON SAID ORDERS** |

IT IS HEREBY STIPULATED and AGREED, by and between the parties through their undersigned counsel, that in order to attempt to achieve a resolution of this case, the Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Order Sealing File and Order Accelerating Discovery issued on January 8, 2003 against Jenny Doe aka Jenny Salgado, is hereby extended and all terms and conditions of said Order shall remain in effect for a period of ten (10) days from the date of this order or until further order of the Court;

/ / /

/ / /

ORIGINAL

IT IS HEREBY FURTHER STIPULATED and AGREED, that the hearing in this matter scheduled for January 22, 2003 at 10:00 a.m. shall be continued for a period of ten (10) days to _____Feb. 6_____, 2003 at _10:00 a_. m.

ARRIOLA, COWAN & ARRIOLA
Counsel for Plaintiff LOUIS VUITTON MALLETIER

Date: __JAN 21 2003__      BY: _____
ANITA P. ARRIOLA

MOYLAN & VAN DE VELD
Counsel for Defendant JENNY SALGADO

Date: __21 Jan 03__      BY: _____
CURTIS C. VAN DE VELD

IT IS SO ORDERED: __JAN 22 2003__

_____
JOHN S. UNPINGCO
Judge, District Court of Guam

RECEIVED
JAN 21 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## CERTIFICATE OF SERVICE

I, **ANITA P. ARRIOLA**, hereby certify that on ___JAN 2 1 2003___, I caused to be served via hand delivery, the following: **STIPULATION AND ORDER EXTENDING TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, ORDER SEALING FILE AND ORDER ACCELERATING DISCOVERY AND FOR FURTHER HEARING ON SAID ORDERS:**

>Curtis C. Van de Veld, Esq.
>Moylan & Van de Veld
>Suite 213, Union Bank Building
>194 Hernan Cortez Avenue
>Hagatna, Guam 96910

Dated this __21__ day of January, 2003.

_____
**ANITA P. ARRIOLA**