THE VANDEVELD LAW OFFICES, P.C.
*Curtis C. Van de veld*
Attorney At Law
Union Bank Bldg., Suite 215
194 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office: (671) 472-2863
Facsimile: (671) 472-2886

Attorney for Defendant: **JENNY SALGADO**

FILED
DISTRICT COURT OF GUAM
JAN 30 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER, | Civil Case No. CIV 03-00001 |
| Plaintiff, | |
| vs. | **ANSWER** |
| JENNY DOE aka JENNY SALGADO, and DOES I through XX, | |
| Defendants. | |

COMES NOW defendant JENNY SALGADO through her counsel, THE VANDEVELD LAW OFFICES, P.C., by Curtis C. Van de veld, Esq., to answer plaintiff's complaint by denying each and every allegation therein.

WHEREFORE defendant JENNY SALGADO prays that plaintiff take nothing on plaintiff's complaint and that defendant Jenny Salgado recover her costs of suit.

///

///

///

///

LOUIS VUITTON MALLETIER, Plaintiff, vs. JENNY DOE aka JENNY SALGADO, and DOES I through XX, Defendants.
Civil Case No. CIV03-00001
ANSWER
Page 1

Case 1:03-cv-00001    Document 17    Filed 01/30/2003    Page 1 of 2

1 DATED: January 30, 2003.

THE VANDEVELD LAW OFFICES, P.C.

*Curtis Charles Van de veld, esq.*
Attorney for Defendant
JENNY SALGADO

CCV/gprr
VPP/JSALGADO/CV001467

LOUIS VUITTON MALLETIER, Plaintiff, vs. JENNY DOE aka JENNY SALGADO, and DOES I through XX. Defendants.
Civil Case No. CIV03-00001
ANSWER
Page 2

Case 1:03-cv-00001    Document 17    Filed 01/30/2003    Page 2 of 2