ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiff
LOUIS VUITTON MALLETIER

**FILED**
DISTRICT COURT OF GUAM
FEB 07 2003
MARY L. M. MORAN
CLERK OF COURT

18

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER, | CIVIL CASE NO. 03-00001 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |
| JENNY DOE aka JENNY SALGADO, CAROL A. SALGADO and DOES I THROUGH XX. | |
| Defendants. | |

WHEREAS, a hearing on an order to show cause in this matter is currently scheduled for February 6, 2003;

WHEREAS, the parties have been negotiating a resolution of this matter and defendant's counsel Curtis Van de Veld is presently engaged in a trial in the Superior Court of Guam;

IT IS HEREBY STIPULATED and AGREED, that the hearing in this matter scheduled for February 6, 2003 at 10:00 a.m. shall be continued to February 28, 2003 at 9:30 a. m. All previous orders in this case shall remain unchanged.

ARRIOLA, COWAN & ARRIOLA
Counsel for Plaintiff LOUIS VUITTON
MALLETIER

Date: 2/6/03

BY: *[signature]*
ANITA P. ARRIOLA

MOYLAN & VAN DE VELD
Counsel for Defendant JENNY SALGADO

Date: 06 Feb 03          BY: /s/ Curtis C. Van de Veld
                         CURTIS C. VAN DE VELD

IT IS SO ORDERED: FEB 06 2003

/s/ John S. Unpingco
JOHN S. UNPINGCO
Judge, District Court of Guam

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

RECEIVED
FEB - 6 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## CERTIFICATE OF SERVICE

I, **ANITA P. ARRIOLA**, hereby certify that on February 6, 2003, I caused to be served via hand delivery, the following: **STIPULATION AND ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** :

> Curtis C. Van de Veld, Esq.
> Moylan & Van de Veld
> Suite 213, Union Bank Building
> 194 Hernan Cortez Avenue
> Hagatna, Guam 96910

Dated this 6th day of February, 2003.

_____
**ANITA P. ARRIOLA**

-3-

Case 1:03-cv-00001    Document 18    Filed 02/07/2003    Page 3 of 3