ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiff
LOUIS VUITTON MALLETIER

FILED
DISTRICT COURT OF GUAM
FEB 28 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>Plaintiff,<br><br>vs.<br><br>JENNY DOE aka JENNY SALGADO,<br>CAROL A. SALGADO,<br>and DOES I THROUGH XX.<br><br>Defendants. | CIVIL CASE NO. 03-00001<br><br>**NOTICE OF DISMISSAL**<br>**(F.R.C.P. 41(a))** |

Pursuant to Federal Rules of Civil Procedure Rule 41(a), plaintiff Louis Vuitton Malletier hereby dismisses this action against defendants DOES I through XX.

Dated this 28th day of February, 2003.

ARRIOLA, COWAN & ARRIOLA
Counsel for Plaintiffs LOUIS VUITTON
MALLETIER

BY: _____
ANITA P. ARRIOLA

## CERTIFICATE OF SERVICE

I, **ANITA P. ARRIOLA**, hereby certify that on February 28, 2003, I caused to be served via hand delivery, the following: **NOTICE OF DISMISSAL** :

> Curtis C. Van de Veld, Esq.
> Moylan & Van de Veld
> Suite 213, Union Bank Building
> 194 Hernan Cortez Avenue
> Hagatna, Guam 96910

Dated this 28th day of February, 2003.

_____
**ANITA P. ARRIOLA**

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910