DISTRICT COURT OF GUAM

TERRITORY OF GUAM

LOUIS VUITTON MALLETIER,

    Plaintiff,

vs.

JENNY DOE aka JENNY SALGADO, CAROL A. SALGADO, and DOES I THROUGH XX,

    Defendants.

Civil Case No. 03-00001

**JUDGMENT**

Judgment is hereby entered in accordance with the following:

1. Consent Judgment and Permanent Injunction Against Defendant Jenny Salgado filed February 28, 2003.
2. Consent Judgment and Permanent Injunction Against Defendant Carol A. Salgado filed February 28, 2003.
3. Notice of Dismissal filed February 28, 2003.

Dated this 28th day of February 2003, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on FEB 2 8 2003
No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____   FEB 2 8 2003
Deputy Clerk     Date

FILED
DISTRICT COURT OF GUAM
FEB 2 8 2003
MARY L. M. MORAN
CLERK OF COURT